IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES, et al., ex rel. JEAN BRASHER, | CIVIL ACTION NO. 13-05745 |
| Plaintiffs, | |
| v. | |
| PENTEC HEALTH, INC., | |
| Defendant. | |

**O R D E R**

**AND NOW**, this **16th** day of **October, 2018,** upon consideration of the United States' Letter to Chambers, sent <u>ex parte</u> and dated October 9, 2018 (ECF No. 46), which the Court construes as a motion for reconsideration of the Court's Order of September 7, 2018, and for the reasons provided in the accompanying memorandum, it is hereby **ORDERED** as follows:

(1) the United States' Motion (ECF No. 46) is **DENIED**;

(2) the United States shall notify the Court by **November 5, 2018,** whether it is intervening or declining to intervene.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,       J.**